IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE GUTIERREZ and THE ESTATE OF JOSE SMITH *Plaintiffs*, | § § § § § § § | |
| v. | § § | Case No. 1:22-cv-00051 |
| CARRINGTON MORTGAGE SERVICES, LLC and W.D. LAREW, SUBSTITUTE TRUSTEE, *Defendants*. | § § § § § § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs JOSE GUTIERREZ and THE ESTATE OF JOSE SMITH ("Plaintiffs") and Defendants CARRINGTON MORTGAGE SERVICES, LLC and W.D. LAREW, SUBSTITUTE TRUSTEE ("Defendants") ("collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiffs against Defendants are hereby dismissed with prejudice, pursuant to the Parties' agreement. Evidence of stipulation is attached hereto as **Exhibit A**.

Respectfully submitted,

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

*/s/ R. Matthew Graham*
R. Matthew Graham – *Attorney in Charge*
State Bar No. 24027186
SD No. 3747762
Robert D. Forster, II
State Bar No. 24048470
SD No. 2647781
4004 Belt Line Rd., Ste. 100
Addison, Texas 75001
(972) 341-5030 (telephone)
(972) 341-0734 (facsimile)
MatthewG@BDFGroup.com
RobertFO@BFGGroup.com

*Attorneys for Defendant W.D. Larew, Substitute Trustee*

**SPENCER FANE LLP**

*/s/ Mavish Bana*
**Jacob Sparks**
Texas Bar No. 24066126
SD No. 2868002
Email: JSparks@SpencerFane.com
**Mavish Bana**
Texas Bar No. 24096653
SD No. 3423021
Email: MBana@SpencerFane.com
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Tel: (214) 750-3624
Fax: (214) 750-3612

*Attorneys for Defendant Carrington Mortgage Services, LLC*

**THE LAW OFFICE OF JUAN ANGEL GUERRA**

_/s/ Juan Angel Guerra (Signed with permission. See Exhibit A)_
**Juan Angel Guerra**
Texas Bar No. 0858132
Email: juanangelguerra1983@gmail.com
1407 N. Stuart Place Road, Suite B
Harlingen, Texas 78552
Tel: (956) 428-1600

***Attorney for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

**Juan Angel Guerra**
Texas Bar No. 0858132
Email: juanangelguerra1983@gmail.com
1407 N. Stuart Place Road, Suite B
Harlingen, Texas 78552
Tel: (956) 428-1600

*Attorney for Plaintiff*

                                                        */s/ Mavish Bana*
                                                        Mavish Bana